| Date | | Entry |
|---|---|---|
| 12/16/69 | | Filed ORDER TO SHOW CAUSE AND NOTICE OF HEARING for Jan. 23, 1969 in Washington, D. C. |
| 12/23/69 | 1. | Filed Motion for extension of time to file response to show cause order Automobile Mfg. Asso., American Motors, Checker Motor Corp., Chrysler Corp., ~~Diamond T. Motor Co Co.~~ and White Motor Corp., Ford Motor Co., General Motors Corp., International Harvester Kaiser Jeep Corp., Mack Trusks, Inc., and Studebaker Corp. |
| 12/23/69 | 2 | Filed Motion to Reset Hearing by above defendants. |
| 12/29/69 | | Filed ORDER EXTENDING TIME for above defendants to file response to show cause order to and including 1/9/70. |
| 12/29/69 | | Filed ORDER AMENDING HEARING ORDER & NOTICE OF HEARING (12/16) adding C.A. No. 69-1855JWC (Calif., C.) Grossman v. Auto. Mfg. Asso., Inc., et al. |
| 12/29/69 | 3 | Filed Notice of Opposition of William J. A. Sturtz to condolidated pretrial proceedings. |
| 12/29/69 | 4 | Filed EXTENSION OF TIME for pl. Sturtz to file response to SCO until 1/9/70. |
| 12/31/69 | 5 | Filed REQUEST FOR EXTENSION OF TIME in Handy v. GM., Calif., C., No. 69-1548-R |
| 1/2/70 | 6 | Filed OBJECTION TO DEFENDANT MOTION TO RESET HEARING by pl. St. of Illinois. |
| 1/2/70 | 7 | Filed REQUEST FOR EXTENSION OF TIME for pl. Thomas E. Keane (Ill, N. No. 69C1900) |
| 1/5/70 | 8 | Filed MEMORANDUM OF STATES OF NEW MEXICO & NEW JERSEY IN SUPPORT OF COORDINATED PRETRIAL PROCEEDINGS. |
| 1/5/70 | | Filed ORDER EXTENDING TIME TO ALL PARTIES to respond to SCO to & inc. 1/9/70. |
| 1/5/70 | 9 | Filed RESPONSE BY PL. STATE OF NEWYORK (C.A. 69 Civ. 5037, N.Y., S.) to Order to Show Cause |
| 1/6/70 | 10 | Filed REQUEST FOR EXTENSION OF TIME by pl. State of Illinois. |
| 1/8/70 | | Filed ORDER OF PANEL denying motion to reset hearing. |
| 1/8/69 | 11 | Filed Response by pl. Sturtz Supporting PP and Withdrawal of previous Notice of Opposition. |
| 1/9/70 | 12 | Filed Memo of Def. Auto. Mfg. Asso., American Motors, Checker Motor Corp., Chrysler Corp., Ford Motor., General Motors, Kaiser Jeep, Mack Trucks, Inc. and White Motor Corp., responding to Order to Show Cause. (w/Cert. of Service) |
| 1/9/70 | 13 | Filed Response of Pl. C. Jon Handy, et al., Civil Action 69-1548-MR., Calif., C. |
| 1/9/70 | 14 | Filed telegram/request of Getty Oil & Union Oil (Handy Case) for ext. until 1/16/7 |
| 1/9/70 | 15 | Filed Memo of Def. Studebaker Corp. |
| 1/12/70 | | Filed Cert. of Service of Response of Pl. C. Jon Handy (filed 1/9/70) |
| 1/12/70 | 16 | Filed Response of Pl. Grossman & Tamkin (Cal., C., No. 69-1855) |
| 1/12/70 | | Filed EXTENSION OF TIME for parties not serve before 1/5 to & inc. 1/16/ to file responses to show cause order. |

AIR POLLUTION LITIGATION                                                                     31



D. C. 110 Rev. Civil Docket Continuation

| DATE | | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|---|
| 1/12/70 | 18 | Memorandum of International Harvester Co. | |
| 1/12/70 | 19 | Memorandum of Pl. State of Illinois Supporting CC PP | |
| 1/12/70 | 20 | Memorandum of PL. Keane & Wigoda In Response to Show Cause Order | |
| 1/16/70 | 21 | Ltr fr counsel for Standard Oil Company of California in Handy Case joining in memo submitted on behalf of Union Oil & Getty Oil | |
| 1/16/70 | 22 | Memorandum of Defts. Union Oil Caompany of Calif. & Getty Oil Co. in Response to Ordet to Show Cause. | |
| 1/20/70 | 23 | Filed Motion of City of New York to Fiel Response to Order to Show Cause | |
| 1/20/70 | 24 | Filed Ext. of Time for def. Phillips Petroleum to file response to OSC | |
| 1/20/70 | 25 | Filed Memo of Def. Phillips Petroleum Com. | |
| 1/20/70 | 26 | Filed telegram/response of Gulf Oil Corp. joining response of Getty & Union Oil filed with Panel 1/16/70 | |
| 1/22/70 | 27 | Filed MOTION OF PL. KEAN AND WIGODA TO AMEND THEIR MEMO (filed 1/12) | |
| 1/22/70 | 28 | Filed Memorandum of Shell Oil Co. (Handy Case) in Opposition | |
| 1/23/70 | 29 | Filed Memorandum of Defendant Continental Oil Co. | |
| 1/23/70 | 30 | Filed Memorandum of Defendant Gulf Oil Co. | |
| 1/23/70 | 31 | Filed Memorandum of Defendant Humble Oil & Refining Co. | |
| 1/23/70 | 32 | Filed Requests for Extension of Time of Gulf, Humble & Contintal Oil | |
| 1/23/70 | | Filed Order Extending Time for Gulf, Humble & Continental to & inc. 1/23 | |
| 1/30/70 | | Filed Order setting hearing for MARCH 27, 1970 and directing status report be filed with Clerk by 2/23/70. | |
| 2/20/70 | 33 | Filed Status Report on Behalf of Pl. C. Jon Handy, et al.; City of Philadelphia, et al; Robert Morgan, etal; City of New York, et al. | |
| 2/24/70 | 34 | Filed Status Report by Pl. State of New York (State of New York v. Automobile Mfg. Asso., Inc., No. 69 Civ 5037, S.D. N.Y.) | |
| 2/24/70 | 35 | Filed STATUS REPORT of defendants Automobile Mftrs. Asso., American Motors Corp., Checker Motor Corp., Chrysler Corp., Ford Motor Co., General Motors Corp., International Harvester Co., Kaiser Jeep Corp., Mack Trucks, Inc., Studebaker Corp., and White Motor Corp. | |
| 2/25/70 | 36 | Filed STATUS REPORT of Plaintiff State of New Mexico and State of New Jersey | |
| 2/25/70 | 37 | Filed STATUS REPORT of Defendant Shell Oil Company. | |
| 3/2/70 | 38 | Filed STATUS REPORT of State Illinois & Thomas E. Keane. | |
| 3/2/70 | | Filed Order vacating 1/30/70 and Order setting hearing for March 27, 1970 and directing status report be filed with Clerk by 3/23/70 | |
| 3/5/70 | 39 | Filed Status Report by Def. Atlantic Richfield Co. | |
| 3/5/70 | 40 | Filed Amicus Ciriae brief in connection with status Report of Pl. Handy. | |
| 3/16/70 | 41 | Filed Memorandum of Pl. State of California in C.A. 70-541 JUC (C.D. Cal.) | |
| 3/16/70 | | Jan. 30 and 3/2 orders sent to counsel in State of Calif. (No. 70-541JWC C.D. Calif.) | |
| 3/16/70 | 42 | Filed Reply Memo on Behalf of City of Philadelphia (to defendants brief) | |
| 3/16/70 | 43 | Filed Supplemental Memo of Defendants. | |
| 3/19/70 | 44 | Filed letter of pl. Morgan and County of Lackawanna (Pa., E.) concurring with Memorandum filed by City of Philadelphia | |
| 3/19/70 | 45 | Filed Status Report of Pl. William J. A. Sturtz | |
| 4/6/70 | | Filed CONSENT OF TRANSFEREE COURT signed by CJ Thurmond Clarke that consolidation in California, C. and assignment to J. Real approved. | |
| 4/6/70 | | Entered OPINION AND ORDER tranferring 11 actions from 4 different district courts to the Central District of California for assignment to Judge Manuel Real (per curiam) - 1 fr S.D. N.Y., 6 fr N.D. Ill., 3 fr E.D. Pa., & 1 fr W.D. Wisc.) | |
| 4/27/70 | 46 | Filed ltr dtd. 4/9/70 to Panel fr Harold E. Kohn involving status of litigation | |
| 4/29/70 | 47 | THE CITY OF NEW YORK, et al v. Automobile Manuf. Assn., Inc., et al, N.Y., S., No. 70 Civ 1535 | |



| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 5/12/70 | THE CITY OF N.Y., et al v. AUTOMOVILE MANUFS., ASSN., INC., et al, S. D. N.Y., No. 70 Civ 1535 CTO EFFECTIVE TODAY NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES | |
| 8/19/70 | THE STATE OF MINN. V. AUTOMOBILE MANFU. ASSOC., INC., ET AL, Minn., No. 3-70-205. CTO ENTERED TODAY. SENT TO ALL COUNSEL AND INVOLVED JUDGES | |
| 9/1/70 | THE STATE OF MINN. V. AUTOMOBILE MANUF. ASSOCIATION, INC., et al, Minn., No. 3-70-205 Civ. CTO EFFECTIVE TODAY. NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES | |
| 11/19/70 | AMF INCORPORATED, v. General Motors Corporation, et al, S.D. N.Y., No. 70 Civ 4665. CTO ENTERED TODAY. SENT TO PANEL ATTY. SERV. LIST AND TO ALL INVOLVED JUDGES | |
| 12/7/70 | AMF INC., V. GENERAL MOTORS CORP., et al, S.D. N.Y., No. 70 Civ 4665. CTO EFFECTIVE TODAY. NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES. | |
| 3/19/71 | ST. OF RHODE ISLAND V. AUTOMOBILE MFG. ASSOC., RHODE IS., 4552<br>ST. OF KANSAS V. GENERAL MOTORS, KANSAS, T-4896<br>ST. OF OHIO V. AUTO. MFG. ASSOC., S.D.OHIO, 71-51<br>ST OF VERMONT V. AUTO MFG. ASSOC., VERMONT, 6232<br>COMM. OF PENNA. V. AUTO. MFG. ASSOC., E.D.PA., 71-610<br>Entered CTOs today. Sent to LIAISON SERVICE COUNSEL and Concerned Judges. | |
| 3/26/71 | LOUISIANA V. AUTOMOBILE MFG. ASSOC., E.D.LA. 71-645<br>FLORIDA V. AUTO. MFG. ASSOC., N.D. FLORIDA, TCA 1698<br>MISSISSIPPI V. AUTO. MFG. ASSOC., S.D. MISSISSIPPI, 4849<br>ST. OF ALABAMA V. AUTO. MFG. ASSOC., M.D. ALA. 3285-N<br>KENTUCKY V. AUTO. MFG. ASSOC., E.D. KENTUCKY, 375<br>Entered CTO today. Notified counsel and involved judges. | |
| 3/26/71 | ST. OF TEXAS V. AUTOMOBILE MFG. ASSOC., INC., ET AL., N.D. TEX CA-3-4584-D<br>Entered CTO Today. Notified counsel and involved judges. | |
| 3/29/71 | STATE OF MISSOURI V. AUTO. MFG. ASSOC., W.D.MO., 19192-2<br>STATE OF IOWA V. AUTO MFG. ASSOC., INC., S.D.IOWA, 10-231-C-2<br>COMM. OF VA. V. AUTO. MFG. ASSOC., INC., E.D.VA. 190-71-R<br>Stipulations from partys to transfer under Section 1407 to the C.D. Calif. | |
| 3/29/71 | ST. OF MISSOURI V. AUTO MFG. ASSOC., INC., W.D. MO. 19192-2<br>STATE OF IOWA V. AUTO MFG. ASSOC., INC. S.D. IOWA XXXXXXXX 10-231-C-2<br>COMM. OF VA. V. AUTO.MFG. ASSOC., INC., E.D. VA. 190-71- R<br>Order entered transfering to C.D.CALIF. Notified transferee clerk, involved judges and counsel. | |
| 4/1/71 | COMNWLTH OF MASS. V. AUTO. MFRS. ASSO., Mass., No. 71-622-M<br>ST. OF SOUTH DAKOTA V. GENERAL MOTORS, S.D., No. 71-14W<br>OKLA., STATE OF, V. AUTO. MFRS. ASSO., W.D. Okla, No. 71-15<br>CTO's entered today. Notified counsel and involved judges. | |
| 4/6/71 | OHIO V. AUTO MFG. ASSOC., S.D.OHIO, 71-51<br>KANSAS V. GENERAL MOTORS, KANSAS, T-4896<br>VERMONT V. AUTO. MFG. ASSOC., VERMONT, 6232<br>PENNA. V. AUTO MFG. ASSOC., E.D.PA., 71-610<br>RHODE ISLAND V. AUTOMO MFG. ASSOC., RHODE ISLAND, 4552<br>CTO FINAL TODAY. Notified transferee judge, transferor judges and clerk. Notified transferee clerk. | |
| 4/7/71 | THE STATE OF COLORADO V. GENERAL MOTORS CORP., S.D.N.Y. 71 Civ. XX 1216<br>CTO entered today. Sent to service counsel and involved judges. | |
| | THE STATE OF COLORADO V. GENERAL MOTORS CORP. N.D. Ill. | |

| Date | Pleading Number | |
|---|---|---|
| 4/8/71 | | STATE OF CONNECTICUT V. GENERAL MOTORS CORP., ET AL., N.D.ILL 71 C 830. CTO entered today. Sent to counsel and involved judges. |
| 4/9/71 | | STATE OF CONNECTICUT V. G.M., N.D.ILL 71 C 830. CTO Vacated today. Sent to judges. Notified counsel. |
| 4/12/71 | | STATE OF COLORADO V. GENERAL MOTORS CORP., S.D. New York, Civil Action No. 71 Civ. 1216  4/7/71 CTO vacated today. Sent to judges Notified Counsel. |
| 4/12/71 | | STATE OF ARIZONA V. AUTO. MFG. ASSOC., ARIZONA, CIV. 71-174 PHX-WPC CTO entered today. Sent to counsel and involved judges. |
| 4/13/71 | | ST. OF TEXAS V. AUTO. MFG. ASSOC., INC., N.D.TEXAS CA-3-4584-D<br>ST. OF FLORIDA V. AUTO. MFG. ASSOC., N.D.FLORIDA, TCA 1698<br>ST. OF LOUISIANA V. AUTO. MFG. ASSOC., E.D.LA., 71-645<br>ST. OF MISSISSIPPI V. AUTO. MFG. ASSOC., S.D.MISS. 4849<br>KENTUCKY V. AUTO. MFG. ASSOC., E.D. KENTUCKY, 375<br>ST. OF ALABAMA V. AUTO. MFG. ASSOC., MD ALA. 3285-N<br>CTOs final today. Sent to transferee clerk, involved judges, and involved clerks. |
| 4/19/71 | | STATE OF SOUTH DAKOTA V. GENERAL MOTORS, D.SOUTH DAKOTA, 71-14W<br>STATE OF OKLAHOMA V. AUTO. MFG. ASSOC., W.D. OKLA, 71-155<br>MASS. V. AUTO MFG. ASSOC., MASS. 71-622-M<br>CTO final today. Sent to transferee clerk, transferor clerk and involved judges. |
| 4/28/71 | | THE STATE OF ARIZONA V. AUTO MFG. ASSOC., ARIZ., CIV 71-174 CTO final today. Sent to transferee clerk, transferor clerk and involved judges. |
| 6/15/71 | | COMMONWEALTH OF PUERTO RICO V. AUTO. MANUFACTURERS ASSOCIATION, INC., D. PUERTO RICO, 190-71. CTO entered today. Notified Service Counsel and involved judges. |
| 7/1/71 | | COMNWLTH OF P. R. V. AUTO. MFRS. ASSO., INC., P.R., No. 190-71 CTO EFFECTIVE TODAY. Notified transferee and transferor clerks and judges. |
| 11/30/71 | | HEART DISEASE RESEARCH FOUNDATION V. G.M., S.D.N.Y. 71 Civ 1667 HT CTO entered today. Notified counsel, involved judges. |
| 12/7/71 | | HEART DISEASE RESEARCH FOUNDATION V. G.M., S.D.N.Y. 71 Civ 1667 ORDER - extending Automatic Stay to and including 12/22/71 Notified Counsel. |
| 12/21/71 | 48 | HEART DISEASE RESEARCH FOUNDATION V. G.M., S.D.N.Y. 71 Civ. 1667 Notice of Opposition from G.M., Ford and American Motors |
| 12/21/71 | 49 | HEART DISEASE RESEARCH FOUNDATION V. G.M., S.D.N.Y. 71 Civ. 1667 Motion and Brief from American Motors, G.M. and Ford. w/cert of service |
| 12/22/71 | | HEART DISEASE RESEARCH FOUNDATION V. G.M., S.D.N.Y. 71 Civ. 1667 ORDER entered staying CTO. Notified counsel. |
| 12/27/71 | 50 | HEART DISEASE RESEARCH FOUNDATION V. G.M., S.D.N.Y., 71 Civ. 1667 Opposition to motion to vacate CTO filed by Plaintiff. |
| 1/3/72 | 51 | HEART DISEASE RESEARCH FOUNDATION V. G.M., S.D.N.Y. 71 Civ. 1667 Reply Affidavit from defendants |
| 1/5/72 | | HEART DISEASE RESEARCH FOUNDATION V. G.M. S.D.N.Y. 71 Civ. 1667 Hearing Order entered. Set for 1/28/72, Washington, D. C. |
| 1/14/72 | | HEART DISEASE RESEARCH FOUNDATION V. G.M., S.D.N.Y. 71 Civ. 1667 Hearing Order continued. Notified counsel, judges. |
| 2/2/72 | 52 | HEART DISEASE RESEARCH FOUNDATION V. G.M., S.D.NY 71 Civ. 1667 Stipulation between counsel to transfer to C.D. N Calif. if Motion to Dismiss in S.D.N.Y. is not granted. (FILED S.D.N.Y.) |
| 2/3/72 | | ORDER - Stating HEART DISEASE V. G.M., S.D.N.Y. 71 Civ. 1667 will be transferred to C.D. Calif. unless it is terminated in S.D.N.Y. |



D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 2/14/72 | HEART DISEASE RESEARCH FOUNDATION V. G.M., ET AL  S.D.N.Y. 71Civ. 1667 JUDGE TYLER'S ORDER dismissing all defendants in action. | |
| 2/14/72 | HEART DISEASE RESEARCH FOUNDATION V. G.M., ET AL., S.D.N.Y. 71 Civ. 1667 ORDER- VACATING 11/30/71 CTO.  Notified counsel, involved judges. | |

OPINION & ORDER FILED 4/6/70
311 F. Supp. 1349 (1970)

DOCKET NO. 31

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

**MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE ANTITRUST LITIGATION INVOLVING MOTOR VEHICLE AIR POLLUTION CONTROL EQUIPMENT**

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | The State of New York v. Automobile Manufacturers Association, Inc., et al. dismd 11/20/73 | N.Y., S. 69 Civ 5037 | Pollack | 70-1132 4/6/70 | |
| A-2 | C. Jon Handy, et al. v. General Motors, Inc., et al. | Calif., C. 69-1548-R | Real | 2/21/74 NTN | |
| A-3 | Thomas E. Keane, et al. v. General Motors Corporation, et al. dismd 11/20/73 70-1039-R | Ill., N. 69C 1900 | Parsons | 4/6/70 | |
| A-4 | State of New Mexico v. American Motors Corporation, et al. dismd 11/20/73 70-1040-R | Ill., N. 69C 2040 | Parsons | " | |
| A-5 | State of New Jersey v. American Motors Corporation, et al. dismd 11/20/73 70-1041-R | Ill., N. 69C 2041 | Parsons | " | |
| A-6 | State of Illinois v. Automobile Manufacturers Association, Inc., et al. dismd 11/20/73 70-1042-R | Ill., N. 69C 2194 | Decker | " | |
| A-2a | William J. A. Sturtz v. General Motors Corporation, et al. | Calif., C. 69-1892 JWC | REAL Curtis | NTN | |
| B-1 | Marshall B. Grossman, et al. v. Automobile Manufacturers Association, Inc., et al. dismd 11/20/73 | Calif., C. 69-1855 JWC | REAL Curtis | NTN | |
| C-1 | City of Philadelphia, etc. v. Automobile Manufacturers Association, Inc., et al. dismd 11/20/73 70-846-R | Pa., E. 70-345 | | 4/6/70 | |
| C-2 | County of Lackawanna, Pa., et al. v. Automobile Manufacturers Association, Inc., et al. dismd 11/20/73 70-858-R | Pa., E. 70-398 | | " | |
| C-3 | Robert Morgan, etc. v. Automobile Manufacturers Association, Inc., et al. 70-853-R | Pa., E. 70-366 | | " | |
| D-1 | State of Connecticut v. American Motors Corp., et al. dismd 11/20/73 70-1043-R | N.D. Ill. 70 C 417 | Parsons | " | |
| D-2 | City and County of Denver v. American Motors Corp., et al. dismd 11/20/73 70-1044-R | N.D. Ill. 70 C 418 | Parsons | " | |
| E-1 | State of California, et al. v. Automobile Manufacturers Association, et al. dismd 11/20/73 | C.D. Cal. 70-541 RWC | REAL Curtis | NTN | |
| F-1 | State of Wisconsin v. General Motors Corp., et al. 70-806-R dismd 11/20/73 | W.D. Wisc. 70-C-70 | | 4/6/70 | |

31

TO CALIF-C-ASSIGNED TO J. REAL

DOCKET NO. 31

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| F-2 | The City of New York, et al v. Automobile Manuf. Assn., Inc., et al 70-1477-R | 5/12/70 11/29/70 | New York S | 4/14/71 | 70 Civ 1585 70-2107 |
| F-3 | The State of Minn. v. Automobile Manuf. Ass., Inc., et al 8/19/70 | 9/1/70 | Minn. 3-70-205 | Devitt | 9/14 Civ |
| F-4 | AMF Incorporated, v. General Motors Corp., et al 11/19/70 | 12/7/70 | N.Y., S. 70 Civ 4665 | 3/29/76 | 12/ 71-16-R |
| G-1 | The State of Rhode Island v. Automobile Manufacturers Association, Inc. 3/19/71 | 11/20/73 | Rhode Island 4552 | Pettine | 71-962-R |
| G-2 | State of Kansas v. General Motors Corp., et al. 3/19/71 11/20/73 | | Kansas T-4896 | Templar | 71-957-R |
| G-3 | The State of Ohio v. Automobile Manufacturers Association, Inc., et al. 3/19/71 11/20/73 | | S.D. Ohio 71-51 | Kinneary | 71-958-R |
| G-4 | The State of Vermont v. Automobile Manufacturers Association, Inc., et al. 3/19/71 11/20/73 | | D. Vermont 6232 | Oakes | 71-960-R |
| G-5 | Commonwealth of Pennsylvania v. Automobile Manufacturers Association, Inc., et al. 3/19/71 11/20/73 | | E.D. Penna. 71-610 | Wood | 71-961-R |
| G-6 | State of Louisiana v. Automobile Mfg. Assoc. Inc. 3/26/71 11/20/73 | 4/13/71 | E.D. Louisiana 71-645 | | 71-1021-R |
| G-7 | State of Florida v. Automobile Mfg. Assoc. Inc. 3/26/71 | 4/13/71 | N.D. Florida TCA 1698 | Middlebrooks | 71-1020-R |
| G-8 | State of Mississippi v. Automobile Mfg. Assoc. Inc., et al. 3/26/71 11/20/73 | 4/13/71 | S.D. Miss. 4849 | | 71-1022-R |
| G-9 | State of Alabama v. Auto. Manufacturers Assoc., et al. 3/26/71 11/20/73 | 4/13/71 | M.D. Alabama 3285-N | Johnson | 71-1024-R |
| G-10 | Commonwealth of Kentucky v. Auto. Manufacturers Assoc., et al. 3/26/71 11/20/73 | 4/13/71 | E.D. Kentucky 375 | Maynard 13 | 71-1023-R |

DOCKET NO. 31

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

DOCKET NO. 31 - Multidistrict Private Civil Treble Damage Antitrust Litigation Involving Motor Vehicle Air Pollution Control Equipment

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| H-1 | The State of Missouri v. Automobile Manufacturers Assoc. *dismd 4/20/73* 3/29/71 | W.D. Missouri 19192-2 | | 3/29 | MO 71-806 |
| H-2 | The Commonwealth of Virginia v. Automobile Manufacturers Assoc. *dismd 4/20/73* 3/29/71 | E.D. Va. 190-71-R | | 3/29 | MO 71-806 |
| H-3 | The State of Iowa v. Automobile Manufacturers Assoc., Inc. *dismd 4/20/73* 3/29/71 | S.D. Iowa 10-231-c-2 | | 3/29 | MO 71-807 |
| H-4 | The State of Texas v. Auto. Mfg. Assoc., Inc. *dismd 3/26/73* | N.D. TEXAS CA-3-4584-D | Hill | 3/4/73 | 71-1019 |
| H-5 | The Commonwealth of Massachusetts v. Automobile Manufacturers Assoc. *dismd 4/20/73* 4/1/71 | Massachusetts 71-622-M | Murray | 4/19 | 71-1025-R |
| H-6 | State of South Dakota v. General Motors Corp., et al. *dismd 11/29/73* 4/1/71 | S. Dakota 71-14W | Bogue | 4/19 | 71-1026-R |
| H-7 | State of Oklahoma v. Automobile Manufacturers Association, Inc., et al. *dismd 11/20/73* 4/1/71 | W.D. Okla. 71-155 | Daugherty | 4/19 | 71-1027-R |
| H-8 | The State of Colorado v. General Motors Corp., et al. 4/7/71 *nonrelated* | S.D.N.Y. 71 Civ. 1215 | | | VACATED |
| H-9 | State of Connecticut v. General Motors Corp., et al. 4/8/71 *nonrelated* | N.D. Ill 71 C 830 | Perry | | VACATED |
| H-10 | The State of Arizona v. Automobile Manufacturers Association *dismd 4/20/73* 11/2/71 | D. of Arizona Civ 71-174-PHX-WPC | | 4/28/71 | 71-1229-R |
| H-11 | Commonwealth of Puerto Rico v. Auto. Mfgs. Assoc., Inc., et al. 6/15/71 *dismd 11/29/73* | D. Puerto Rico 190-71 | | 7/1/71 | 71-1565-R |
| H-12 | Heart Disease Research Foundation, et al v. General Motors Corp. 11/30/71 | S.D.N.Y. 71 Civ. 1667 | HT | OPPOSED VACATED |

*32 Transfer to 6/30/71*
*33 Transfer to 12/31/71*

*Verified Correct By the court May 1975*

Transfer 33
XX2 cases 4
37
Dismissed 33
Pending 4

COUNSEL OF RECORD                                    DOCKET NO. 31

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE ANTITRUST LITIGATION INVOLVING MOTOR VEHICLE AIR POLLUTION CONTROL EQUIPMENT

ATTYS.
67 - 26 = 41

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Hon. Louis J. Lefkowitz<br>Attorney General<br>80 Centra Street<br>New York, New York<br>   Attn: Hon. Samuel A. Hirshowitz<br>       First Asst. Attorney General | |
| A-2 | Kenneth P. Kimmel, Esquire  (*over<br>3300 Airport Avenue, North Suite<br>Santa Monica, California  90405 | |
| A-3 | Jerome H. Torshen, Esquire<br>11 S. LaSalle Street<br>Chicago, Illinois  60603 | GENERAL MOTORS<br>   John H. Morrison, Esquire<br>   Kirkland, Ellis, Hodson, Chaffetz<br>     & Masters<br>   2900 Prudential Plaza<br>   Chicago, Illinois  60601<br><br>CHRYSLER CORPORATION<br>   Earl Jinkinson, Esquire<br>   Winston, Strawn, Smith & Patterson<br>   1 First National Plaza<br>   Chicago, Illinois  60670<br><br>FORD MOTOR CO.<br>   Burton E. Glazov, Esquire<br>   Mayer, Firedlich, Spiess, Tierney,<br>     Brown & Platt<br>   231 S. LaSalle Street<br>   Chicago, Illinois  60604 |
| A-4 | Hon. James A. Maloney  (a)<br>Attorney General<br>State of New Mexico<br>Post Office Box 2246<br>Santa Fe, New Mexico<br><br>William C. Marchiondo, Esquire<br>315 Fifth Street, N. W.<br>Albuquerque, New Mexico<br><br>Perry Goldberg, Esquire  (e)<br>208 S. LaSalle Street<br>Chicago, Illinois  60604 | FORD MOTOR CO. - CHRYSLTER CORP.<br>   Same as A-3 above<br>GENERAL MOTORS - INTERNATIONAL HARVESTER<br>STUDEBAKER<br>   Same as A-3 above<br>KAISER JEEP CO.<br>   Schiff, Hardin, Waite, Dorschel<br>    & Britton<br>   231 S. LaSalle St., Chicago 60604<br>MACK TRUCKS<br>   Wilson & McIlvaine<br>   120 W. Adams St., Chicago 60603<br>WHITE MOTORS<br>   Chadwell, Keck, Kayser & Ruggles<br>   135 S. LaSalle St., Chicago 60603 |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-5 | Hon. Arthur J. Sills<br>Attorney General<br>State House Annex<br>Trenton, New Jersey 08625<br>  Attn: Elias Abelson, Esq.<br>        Asst. Attorney General<br><br>Same as a-4 (Goldberg) | KAISER JEEP CORP. - AMERICAN MOTORS<br>  Same as A-4 above<br>FORD MOTOR COMPANY<br>  Same as A-3 above<br>GENERAL MOTORS - STUDEBAKER - INTERNATIONAL HARVESTER CO.<br>  Same as A-3 and 4 above<br>WHITE MOTOR CORP,<br>  Same as A-4 above; also<br>      Covington & Burling<br>      888 16th Street, N. W.<br>      Washington, D.C. 20005<br>CHRYSLER CORP.<br>  Same as A-3 above |
| A-6 | Hon. William J. Scott<br>Attorney General<br>160 N. LaSalle Street<br>Chicago, Illinois 60601 | CHECKER MOTOR CORP.<br>    Robert E. Samuels, Esquire<br>    1730 S. Indiana Avenue<br>    Chicago, Illinois<br>CHRYSLER CORP.<br>  Same as A-3 above<br>STUDEBAKER - INTERNATIONAL HARVESTER CO. - GENERAL MOTORS CORP.<br>  Same as A-3 and 4 above<br>AMERICAN MOTORS CORP. - KAISER JEEP<br>  Same as A-4 above<br>FORD MOTOR CO.<br>  Same as A-3 above<br>MACK TRUCKS<br>  Same as A-4 above<br>WHITE MOTOR CORP.<br>  Same as A-5 above |
| A-2a | William J. A. Sturtz<br>Main P. O. Box 1487<br>Long Beach, Calif. 90801 | ~~Getty Oil, Gulf, Humble, Mobil, Shell Standard Oil of Calif., Texaco, Union Oil of California~~ |
| B-1 | Benjamin F. Schwartz, Esquire *Robert A. Karzen, Esq*<br>Schwartz and Alchuler<br>9808 Wilshire Blvd., Suite 202<br>Los Angeles, California | Stanley D. Robinson, Esquire<br>Kaye, Scholer, Fierman, Hays & Handler<br>425 Park Avenue<br>New York, N.Y., 10022    (Repre. at hearin |
| A-2 | Edward F. Mannino, Esquire<br>Dilworth, Paxson, Kalish, Kohn & Levy<br>2600 The Fidelity Building<br>Philadelphia, Pennsylvania 19109 | |

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE ANTITRUST LITIGATION INVOLVING MOTOR VEHICLE AIR POLLUTION CONTROL EQUIPMENT

| No. | Plaintiff | Defendant |
|---|---|---|
| C-1 | Edward G. Bauer, Jr., Esquire<br>City Solicitor<br>1610 Municipal Services Building<br>Philadelphia, Pennsylvania 19107<br><br>Harold E, Kohn, Esquire<br>2600 The Fidelity Building<br>Philadelphia, Pennsylania  19109<br><br>Jerry S. Cohen, Esquire<br>1776  K  Street, N. W.<br>Washington, D.C.  20006 | |
| C-2<br>C-3 | David Berger, Esq.<br>1622 Locust Street<br>Philadelphia, Penna. 19103 | |
| D-1 | Hon. Robert K. Killian     (a)<br>Attorney General<br>State Office Building<br>30 Trinity Street<br>Hartford, Connecticut<br><br>Norris L. O'Neill, Esquire   (b)<br>50 State Street<br>Hartford, Connecticut  06103<br><br>Perry Goldberg   (Same as A-4 (c)) | |
| D-2 | Max P. Zall, Esquire<br>City Attorney, City & County of Denver<br>City & County Building<br>Denver, Colorado<br><br>Leo T. Zuckerman, Esquire<br>1321 Bannock Building<br>Denver, Colorado<br><br>Also, Goldberg (D-1 (c) above) | |

| No. | Plaintiff | Defendant |
|---|---|---|
| E-1 | x~~Sixx~~ Honorable Thomas C. Lynch<br>Attorney General<br>600 State Building<br>217 West First Street<br>Los Angeles, California 90012<br>   Attn: Herbert Davis, Esquire<br>         Deputy Attorney General | |
| F-1 | Honorable Robert W. Warren<br>Attorney General<br>114 East State Capitol<br>Madison, Wisconsin  53702<br>   Attn: George F. Sieker, Esq.<br>         Asst. Attorney General | |
| | SPECIAL ADDITIONS - req'd 3/27/70<br><br>Fredric C. Tausend, Esquire<br>Schweppe, Doolittle, Krug & Tausend<br>657 Colman Building<br>Seattle, Washington  98104<br><br>William L. Dwyer, Esquire<br>812 Hoge Building<br>Seattle, Washington  98104 | |
| F-2 | Shapiro and Margolis,(Same as Above)<br><br>~~Norman~~Redlich<br>First Asst. Corp. Coun.<br>City of New York<br>New York, New York<br><br>John R. Thompson<br>Asst. Corp. Counsel<br>City of New York<br>New York, New York | |

| No. | Plaintiff | Defendant |
|---|---|---|

p. 1

## ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 31 -- MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE ANTITRUST LITIGATION

INVOLVING MOTOR VEHICLE AIR VEHICLE AIR POLLUTION CONTROL EQUIP.

| | Plaintiff | Defendant |
|---|---|---|
| | **NC** Wallace Howland<br>Herbert Davis<br>600 State Bldg.<br>217 W. First St.<br>Los Angeles, California 90012 | **NC** Julian O. van Kalinowski<br>634 S. Spring St.<br>Los Angeles, Calif. 90014<br><br>AUTOMOBILE MANUFACTURERS ASSOC., INC.<br>Same as NC above |
| F-4 | Sidney P. Howell, Jr., Esq.<br>Rogers Hoge & Hills<br>90 Park Ave.<br>New York, New York 10016 | |
| G-1 | Richard J. Israel<br>Attorney General of Rhode Island<br>Providence County Courthouse<br>Providence, Rhode Island 02903 | AMERICAN MOTORS, CORP.<br>Allyn O. Kreps, Esq.<br>O'Melveny & Myers<br>611 West Sixth Street<br>Los Angeles, California 90017 |
| G-2 | Vern Miller<br>Attorney General of Kansas<br>State House<br>Topeka, Kansas 66612 | KAISER JEEP CORP.<br>James B. O'Shaughnessy, Esq.<br>Schiff, Hardin, Waite, Dorshel & Britton<br>231 S. LaSalle Street<br>Chicago, Illinois 60604 |
| G-3 | William J. Brown<br>Attorney General of Ohio<br>State House Annex<br>Columbus, Ohio 43215 | CHRYSLER CORP.<br>G. William Shea, Esq.<br>McCutchen, Black, Verleger & Shea<br>Suite 1111, 615 Flower St.<br>Los Angeles, Calif. 90017 |
| G-4 | James Jeffords<br>Attorney General of Vermont<br>Office of the Attorney General<br>Montpelier, Vermont 05602 | FORD MOTOR CO.<br>Carl J. Schuck, Esq.<br>Overton, Lyman & Prince<br>Suite 607, Bank of Calif. Bldg.<br>550 South Flower St.<br>Los Angeles, Calif. 90017 |
| G-5 | Peter W. Brown<br>Deputy Attorney General<br>Dept. of Justice<br>Comm. of Penna.<br>Harrisburg, Penna. | GENERAL MOTORS CORP.<br>Marcus Mattson, Esq.<br>Lawler, Felix & Hall<br>800 Standard Oil Bldg.<br>605 West Olympic Blvd.<br>Los Angeles, Calif. 90015 |

p. _____

| Plaintiff | Defendant |
|---|---|
| G-6  Jack P. F. Gremillion<br>Attorney General of Louisiana<br>State Capitol<br>Baton Rouge, Louisiana  70804 | INTERNATIONAL HARVESTER COMPANY<br>CHECKER MOTOR CORP.<br>STUDEBAKER CORP.<br>STUDEBAKER-WORTHINGTON INC.<br>  Harvey M. Grossman, Esq.<br>  Pacht, Ross, Warne, Bernhard, Sears, &<br>    Nutter<br>  1800 Avenue of the Stars<br>  Suite 500<br>  Los Angeles, California  90067 |
| G-7  Robert L. Shevin<br>Attorney General of Florida<br>The Capitol<br>Tallahassee, Florida  32304 | |
| G-8  A. F. Summer<br>Attorney General of Mississippi<br>Department of Justice<br>Jackson, Mississippi  39205 | MACK TRUCKS  (SIGNAL COMPANIES)<br>  Wilson & McIlvaine<br>  120 W. Adams Street<br>  Chicago, Illinois 60603 |
| G-9  William J. Baxley<br>Attorney General of Alabama<br>    State Administration Building<br>Montgomery, Alabama  36104 | WHITE MOTOR CORP.<br>  Carla A. Hills, Esq.<br>  Munger, Tolles, Hills & Rickershauser<br>  606 South Hill Street<br>  Los Angeles, California 90017 |
| G-10 John B. Breckinridge<br>Attorney General of Kentucky<br>State Capitol<br>Frankfort, Kentucky  40601 | |
| H-3  Richard C. Turner<br>Attorney General of Iowa<br>State House<br>Des Moines, Iowa  50319 | John H. Schafer, Esq.<br>Covington & Burling<br>888 16th Street N.W.<br>Washington, D. C.  20006 |
| H-2  Andrew P. Miller<br>Attorney General of Virginia<br>Supreme Court - Library Building<br>Richmond, Virginia  23219 | Howard P. Willens<br>Wilmer, Cutler & Pickering<br>900 17th St. N.W.<br>Washington, D. C. 20006 |
| H-1  John C. Danforth<br>Attorney General of Missouri<br>Supreme Court Building<br>Jefferson City, Missouri  65101 | Same as H-2 |
| H-4  Crawford C. Martin<br>Attorney General of Texas<br>P.O. Box 12548<br>Capitol Station<br>Austin, Texas  78711 | Same as H-2 |
| H-5  Robert H. Quinn<br>Attorney General of Massachusetts<br>State House<br>Boston, Massachusetts  02133 | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE ANTITRUST LITIGATION
INVOLVING MOTOR VECHILE AIR POLLUTION CONTROL EQUIPMENT

| No. | Plaintiff | Defendant |
|---|---|---|
|  | AUTOMOBILE MFGS. ASSOCIATION, INC.<br>    John Edward Burke, Esquire<br>    Ross, Hardies, O'Keefe, Babcock,<br>      McDugald & Parsons<br>    122 South Michigan Avenue<br>    Chicago, Illinois  60603<br><br><br><br><br><br>FOR PLAINTIFF CITY OF NEW YORK<br>    David I. Shapiro, Esquire<br>    Dickstein, Shapiro & Galligan<br>    Federal Bar Building West<br>    1815  H  Street, N. W.<br>Washington, D. C.  20006<br><br>    Eugene Margolis, Esquire<br>    Assistant Corporation Counsel<br>    City of New York<br>    New York, New York | AUTOMOBILE MANUFACTURERS ASSOCIATION, INC.<br>    Lloyd N. Cutler, Esquire<br>    Wilmer, Cutler & Pickering<br>    900 - 17th Street, N. W.<br>    Washington, D. C.  20006<br><br>AMERICAN MOTORS CORPORATION<br>    Walter J. Williams, Esquire<br>    House Counsel & Assistant Secretary<br>    American Motors Corporation<br>    14250 Plymouth Road<br>    Detroit, Michigan  48232<br><br>CHECKER MOTOR CORPORATION<br>    William R. Carter, Esquire<br>    Brown, Wood, Fuller, Caldwell & Ivey<br>    70 Pine Street<br>    New York, New York  10005<br><br>CHRYSLER CORPORATION<br>    Paul A. Heinen, Esquire<br>    Associate General Counsel<br>    Chrysler Corporation<br>    321 Massachusetts Avenue<br>    Detroit, Michigan  48231<br><br>WHITE MOTOR CORPORATION<br>    John H. Shafer, III, Esquire<br>    Covington & Burling<br>    888 - 16th Street, N. W.<br>    Washington, D. C.  20006<br><br>FORD MOTOR COMPANY<br>    Wright Tisdale, Esquire<br>    Vice Preident and General Counsel<br>    Ford Motor Company<br>    The American Road<br>    Dearborn, Mcihigan  48121<br><br>GENERAL MOTORS CORPORATION<br>    Ross L. Malone, Esquire<br>    General Counsel<br>    General Motors Corporation<br>    14-242 General motors Building<br>    Detroit, Michigan  48202 |

over

| No. | Plaintiff | Defendant |
|---|---|---|
| | ~~CONTINENTAL OIL CO.~~<br>~~Bruce I. Merrill, Esquire~~<br>~~Post Office Box 2197~~<br>~~Houston, Texas 77001~~<br><br>~~Max L. Gillam, Esquire~~<br>~~Latham & Watkins~~<br>~~615 S. Flower Street~~<br>~~Los Angeles, California 90017~~<br><br><br><br>ADDED PER TELEPHONE REQUEST (3/4/70)<br><br>Herb Davis, Esquire<br>Deputy Attorney General<br>217 West First Street<br>Los Angeles, California 90012 | INTERNATIONAL HARVESTER COMPANY<br>  George D. Newton, Jr., Esquire<br>  Kirkland, Ellis, Hodson, Chaffetz<br>    & Masters<br>  Prudential Plaza<br>  Chicago, Illinois  60601<br><br>KAISER JEEP CORPORATION<br>  James B. O'Shaughnessy, Esquire<br>  Schiff, Hardin, Waite, Dorschel<br>    & Britton<br>  231 S. LaSalle Street<br>  Chicago, Illinois  60604<br><br>MACK TRUCKS, INC.<br>  Donald S. Bowie, Jr., Esquire<br>  Mack Trucks, Inc.<br>  Box M<br>  Allentown, Pennsylvania  18105<br><br>STUDEBAKER CORPORATION<br>  Don H. Reuben, Esquire<br>  Kirkland, Ellis, Hodson, Chaffetz<br>    & Masters<br>  Prudential Plaza<br>  Chicago, Illinois  60601<br><br>~~STANDARD OIL CO. (NEW JERSEY)~~<br>  ~~Elinar B. Paust, Esquire~~<br>  ~~General Counsel~~<br>  ~~Standard Oil Company (New Jersey)~~<br>  ~~30 Rockefeller Plaza~~<br>  ~~New York, New York  10020~~<br><br>GULF OIL CORP.<br>  Merle E. Minks, Esquire<br>  General Counsel<br>  Gulf Oil Corporation<br>  Gulf Building<br>  Pittsburgh, Pennsylvania  15219<br><br>~~MOBIL OIL CORP.~~<br>  ~~J. J. Scott, Esquire~~<br>  ~~General Counsel~~<br>  ~~Mobil Oil Corporation~~<br>  ~~150 E. 42nd Street~~<br>  ~~New York, New York  10017~~<br><br>TEXACO, INC.<br>  Amzy D. Steed, Esquire<br>  Vice President & General Counsel<br>  Texaco, Inc.<br>  135 E. 42nd Street<br>  New York, New York  10017 |

DOCKET NO. 31

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| F-3 | Douglas M. Head<br>Attorney General<br>State of Minn.<br>St. Paul, Minnesota 55101<br><br>Michael J. Garvey, Jr.<br>Special Assistant, Atty. Gen.<br>State of Minn.<br>St. Paul, Minnesota 55101 | Richard A. Bowman, Esq.<br>Haverstock, Gray, Plant, Mooty<br>& Anderson<br>300 Roanoake Bldg., 7th &<br>Marquette<br>Minneapolis, Minn. 55402 |
| ~~F-4~~ | ~~Sidney P. Howell, Jr., Esq.~~<br>~~Rogers Hoge & Hills~~<br>~~90 Park Ave.~~<br>~~New York, New York 10016~~ | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE ANTITRUST LTIGATION INVOLVING MOTOR VEHICLE AIR POLLUTION CONTROL EQUIPMENT

| No. | ~~Plaintiff~~ | Defendant |
|---|---|---|
|  | ~~SHELL OIL COMPANY~~<br>~~J. Wallace Adair, Esquire~~<br>~~Howrey, Simon, Baker & Murchison~~<br>~~1707 H Street, N.W.~~<br>~~Washington, D.C. 20006~~ | ~~SHELL OIL COMPANY~~<br>~~W. F. Kenney, Esquire~~<br>~~Vice President & General Counsel~~<br>~~Shell Oil Company~~<br>~~50 West 50th Street~~<br>~~New York, New York 10020~~<br><br>~~AMERICAN PETROLEUM INSTITUTE~~<br>~~William H. Strang~~<br>~~American Petroleum Institute~~<br>~~Time-Life Building~~<br>~~Seventh Floor~~<br>~~1271 Avenue of the Americas~~<br>~~New York, New York 10020~~<br><br>Honorable Robert H. Finch<br>Secretary<br>Department of Health, Education<br>   & Welfare<br>330 Independence Avenue, S. W.<br>Washington, D. C. 20201<br><br>Honorable John N. Mithcell<br>Attorney General of the United States<br>Department of Justice<br>Constitution Avenue & Tenth Sts., N.W.<br>Washington, D. C. 20530<br><br>~~HUMBLE OIL & REFINING CO.~~<br>~~800 Bell Avenue~~<br>~~Houston, Texas 77002~~<br><br>~~STANDARD OIL OF CALIFORNIA~~<br>~~225 Bush Street~~<br>~~San Francisco, California 94120~~<br><br>~~STANDARD OIL CO. (INDIANA)~~<br>~~910 South Michigan Avenue~~<br>~~Chicago, Illinois 60680~~ |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | | AMERICAN OIL CO.<br>910 South Michigan Avenue<br>Chicago, Illinois 60680 |
| | | CONTINENTAL OIL CO.<br>30 Rockefeller Plaza<br>New York, New York 10020 |
| | ~~PHILLIPS PETROLEUM CO.<br>C. Rex Boyd, Esquire<br>Phillips Building<br>4201 Wilshire Boulevard<br>Los Angeles, California 90005~~ | PHILLIPS PETROLEUM CO.  CARL W. JONES, ESQ.<br>Phillips Building  Asst. General Counsel<br>Bartlesville, Oklahoma 74003 |
| | | SUN OIL CO.<br>1608 Walnut Street<br>Philadelphia, Pennsylvania 19103 |
| | | OCCIDENTAL PETROLEUM CORP.<br>10889 Wilshire Building<br>Los Angeles, California 90024 |
| | ~~UNION OIL CO. OF CALIFORNIA<br>Moses Lasky, Esquire<br>Brobeck, Phleger & Harrison<br>111 Sutter Street<br>San Francisco, California 94104~~ | UNION OIL CO. OF CALIFORNIA<br>Union Oil Center<br>Los Angeles, California 90017 |
| | | CITIES SERVICE CO.<br>60 Wall Street<br>New York, New York 1005 |
| | | ATLANTIC RICHFIELD CO.<br>717 Fifth Avenue<br>New York, New York 10022 |
| | | SIGNAL COMPANIES, Inc.<br>1010 Wilshire Boulevard<br>Los Angeles, California 90017 |
| | | SIGNAL OIL & GAS CO.<br>1010 Wilshire Boulevard<br>Los Angeles, California 90017 |
| | ~~GETTY OIL CO.<br>Same as for Union Oil above~~ | GETTY OIL CO.<br>3810 Wilshire Boulevard<br>Los Angeles, California 90005 |
| | | DIAMOND T MOTOR CAR COMPANY<br>Cleveland, Ohio |
| | ADDED PER TELEPHONE REQUEST (2/26/70)<br>Jerry S. Cohen, Esquire<br>1776 K Street, Suite 708<br>Washington, D.C. 20006 | |

p. 3

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 31 -- Air Pollution Litigation

| | Plaintiff | Defendant |
|---|---|---|
| H-6 | ~~Honorable Gordon Mydland~~<br>~~Attorney General~~<br>~~State Capitol Bilding~~<br>~~Pierre, South Dakota 57501~~ | |
| H-7 | Odie A. Nance<br>Assistant Attorney General<br>State Capitol<br>Oklahoma City, Oklahoma 73105 | |
| H-8 | ~~Duke W. Dunbar~~<br>~~Attorney General~~<br>~~The State of Colorado~~<br>~~104 State Capitol~~<br>~~Denver, Colorado 80203~~ | |
| H-9 | ~~Jerry Goldberg~~<br>~~Suite 1130~~<br>~~208 S. LaSalle Street~~<br>~~Chicago, Illinois 60604~~ | |
| H-10 | ~~Gary K. Nelson~~<br>~~Attorney General~~<br>~~State of Arizona~~<br>~~Phoenix, Arizona 85003~~ | Am. Sales Corp.<br>~~Walter J. Williams, Esq.~~<br>~~14250 Plymouth Road~~<br>~~Detroit, Michigan~~<br>Ford - ~~Wright Tisdale, Esq.~~<br>~~The American Road~~<br>~~Dearborn, Michigan 48121~~ |
| H-11 | Blas C. Herrero, Jr., Esq.<br>Secretary of Justice<br>San Juan, Puerto Rico | (G.M.)<br>~~Barry West, Esq.~~<br>~~Paul, Weiss, Riskin Wharton & Garrison~~<br>~~345 Park Ave.~~<br>~~New York, New York 10022~~ |
| H-12 | ~~I. Walton Bader, Esq.~~<br>~~Bader and Bader~~<br>~~274 Madison Ave.~~<br>~~New York, New York 10016~~ | ~~Kelly Drye Warren Clark Carr & Ellis~~<br>~~350 Park Ave.~~<br>~~New York, New York 10022 (Chrysler)~~ |